```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

ULRIQUE JEAN BAPTISTE,
a/k/a "Blue,"

*Defendant.*

**ORDER**

S1 24 Cr. 655 (GHW)

WHEREAS, the defendant had been indicted under the name "Theodore Nathaniel Adderley," a/k/a "Blue," in indictment 24 Cr. 655 (GHW);

WHEREAS, the defendant was indicted in the S1 indictment under his given name, "Ulrique Jean Baptiste," a/k/a "Blue;"

IT IS HEREBY ORDERED that the Clerk's office is directed to change the name of the defendant, on the docket, from "Theodore Nathaniel Adderley," a/k/a "Blue," to "Ulrique Jean Baptiste," a/k/a "Blue."

SO ORDERED:

Dated:   New York, New York
         April 9, 2025

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

2023.11.26