UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :

                                             :

        -against-                            :

                                             :

ULRIQUE JEAN BAPTISTE,                        :            1:24-cr-655-GHW-6

                                             :

                          Defendant.          :            ORDER

-------------------------------------------------------------- X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 5/13/2026 | |

GREGORY H. WOODS, United States District Judge:

A substitution of counsel hearing in this matter will take place on May 18, 2026 at 10:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  Counsel for the United States, Mr. Jean Baptiste and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated:  May 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge